

# Law Office of David A. Adhami

233 East Shore Road, Suite 210  (516) 462-9341
Great Neck, New York 11023  Fax:(516) 882-2140

July 28, 2023

<u>VIA ECF</u>

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

        Re: <u>USA v. Verly Louis Jeune</u>
           <u>Case Number: 22-cr-00514 (PGG)</u>

Dear Judge Gardephe:

 My office represents Verly Louis Jeune.  I am writing to request permission for Mr. Verly to attend a family function tomorrow July 29, 2023 for his sisters baby shower from 9:30 PM to 1:00 AM. I have reached out to  U.S. Pretrial Services Officer Dominique Jackson and she states Pretrial services takes no position.

 Since his conditions of release, Mr. Louis Jeune has been complaint with Pretrial services with no issues whatsoever..  The Defense is respectfully requesting that Mr. Louis Jeune's be allowed to attend this important family function.

 Thank you for your consideration.

        Respectfully Submitted,

        David A. Adhami, Esq.

Cc: All Government Counsel on this matter
   All Defense Counsel on this matter

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Date:  July 28, 2023