

# Law Office of David A. Adhami

___

233 East Shore Road, Suite 210  (516) 462-9341
Great Neck, New York 11023  Fax:(516) 882-2140

VIA ECF

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:

**MEMO ENDORSED:** The application is granted. As to Defendant Verly, the deadline for pretrial filings (motions <u>in limine</u>, requests to charge, and requested voir dire) is adjourned to September 25, 2023, with responsive papers due on October 2, 2023.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Date: September 6, 2023

Dear Judge Gardephe:

    The undersigned respectfully requests the motion schedule set forth by this court for September 11, 2023 be extended as Mr. Louis Jeune anticipates to take a plea in this matter. However due to scheduling constraints I am only available to take the plea with my client the afternoon of September 6, 2023 or anytime on Friday September 8th. Unfortunately after emailing the Court along with the Government those times do not work for the Court.

    If the Court would be kind enough to adjourn the motion schedule in order to accept a plea the week of September 11th it would be greatly appreciated. I am available anytime September 11, 12, or 15. Thank you for your consideration.

                              Respectfully Submitted,

                              *[signature]*

                             David A. Adhami, Esq.

Cc:    All Government Counsel on this matter
        All Defense Counsel on this matter